JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
PYATT SILVESTRI
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com

Attorney for Defendants,
RICHARD A. COE, VEGAS EXTREME ADVENTURES, LLC, and
MONARCH SKY AVIATION GROUP

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER LEAH PETERSON, as heir of the estate of STEVEN PETERSON, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD A. COE, an individual; VEGAS EXTREME ADVENTURES LLC, a Nevada Limited Liability Company; MONARCH SKY AVIATION GROUP, a Nevada Limited Liability Company; the estate of BENJAMIN SOYARS, III, an individual deceased; EXTRA FLEUGZEUGBAU, a German Corporation; USAERO LLC, a Colorado Limited Liability Company; DOES I through XV; ROE CORPORATIONS I through XV, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01622-JAD-CWH<br><br>**STIPULATION TO EXTEND VEGAS EXTREME DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>*Assigned to the Hon. Jennifer A. Dorsey* |

Defendants, Richard Coe, Vegas Extreme Adventures LLC, and Monarch Sky Aviation Group (hereinafter the "Vegas Extreme Defendants"), and Plaintiff, Jennifer Leah Peterson, hereby agree and stipulate that the deadline for Vegas Extreme Defendants' deadline to respond to Plaintiff's Complaint be extended to September 8, 2017, with the agreement that Plaintiff may

impose an earlier response time by providing fourteen (14) days written notice to Vegas Extreme Defendants.

The undersigned parties continue working collaboratively toward the voluntary dismissal of numerous named defendants in the lawsuit, which will streamline the litigation going forward and avoid motion practice as to certain of the defendants. Good cause exists for this brief extension, and it is not for the purpose of delay. The undersigned parties respectfully request that the Court approve this stipulation.

**RESPECTFULLY SUBMITTED** this 8th day of August, 2017.

| | |
|---|---|
| **PYATT SILVESTRI** | **SGRO \| ROGER** |
| *[signature]* | /s/ Keith D. Williams |
| JAMES P. C. SILVESTRI, ESQ. | ANTHONY P. SGRO, ESQ. |
| Nevada Bar. No. 3603 | Nevada Bar. No. 3811 |
| 701 Bridger Ave., Suite 600 | KEITH D. WILLIAMS, ESQ. |
| Las Vegas, NV 89101 | Nevada Bar. No. 10796 |
| *Attorney for Defendants Richard A. Coe,* | 720 S. 7th Street, 3rd Floor |
| *Vegas Extreme Adventures, LLC,* | Las Vegas NV 89101 |
| *and Monarch Sky Aviation Group* | *Attorneys for Plaintiff,* |
| | *Jennifer Leah Peterson* |

## ORDER

IT IS SO ORDERED.

Dated this 9th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of PYATT SILVESTRI, and that on the 8 August 2017August 8, 20178th day of August, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System for filing,8 August 2017 which will send a Notice of Electronic Filing to the following:

Keith D. Williams, Esq.
**SGRO | ROGER**
720 S. Seventh Street, 3rd Floor
Las Vegas, NV 89101
kwilliams@sgroandroger.com

*Attorney for Plaintiff*

John R. Hanson, Esq.
**WORTHE HANSON & WORTHE**
1851 East First Street, 9th Floor
Santa Ana, CA 92705
Jhanson@whwlawcorp.com

*Attorneys for Defendant,*
*Estate of Benjamin Soyars III*

Daniel Carvalho, Esq.
**ROGERS, MASTRANGELO, CARVALHO & MITCHELL**
Bank of America Plaza
300 S. Fourth Street, 7th Floor, Ste. 700
Las Vegas, NV 89101
dcarvalho@rmcmlaw.com

*Attorney for Plaintiff*

_____
Employee of PYATT SILVESTRI