JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
**PYATT SILVESTRI**
701 Bridger Avenue, Suite 600
Las Vegas, Nevada 89101
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com

Attorneys for Defendants
Richard A. Coe; Vegas Extreme Adventures, LLC; and
Monarch Sky Aviation Group, LLC

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Jennifer Leah Peterson, as heir of the estate of Steven Peterson, deceased,<br><br>Plaintiff,<br><br>v.<br><br>Richard A. Coe, an individual; Vegas Extreme Adventures LLC, a Nevada Limited Liability Company; Monarch Sky Aviation Group, a Nevada Limited Liability Company; the Estate of Benjamin Soyars III, an individual, deceased; Extra Fleugzeugbau, a German Corporation; USAero LLC, a Colorado Limited Liability Company; Does I through XV; and Roe Corporations I through XV, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01622-JAD-CWH<br><br>**Stipulation and Order Dismissing Action with Prejudice**<br><br>ECF No. 35 |

Defendants, RICHARD COE, VEGAS EXTREME ADVENTURES LLC, MONARCH SKY AVIATION GROUP, and the ESTATE OF BENJAMIN SOYARS III (collectively "Defendants") and Plaintiff, JENNIFER LEAH PETERSON ("Plaintiff"), having resolved this matter, hereby stipulate to dismiss with prejudice all claims asserted by Plaintiff, as well as any and all claims that could have been asserted by Plaintiff: 1) personally and as surviving spouse of Steven Peterson; 2) as heir of Steven Peterson; 3) as personal representative of the Estate of Steven Peterson; 4) on behalf of all statutory wrongful death beneficiaries/heirs of Steven Peterson; and 5) as legal guardian to, conservator for, and on behalf of, minor heir, Avery Rose Peterson, against

Defendants in the above-entitled and captioned matter, with each of the parties to bear their own attorneys' fees and costs incurred herein.

No trial date has been set in this matter.

**RESPECTFULLY SUBMITTED** this 8th day of January, 2019.

| | |
|---|---|
| **PYATT SILVESTRI** | **SGRO | ROGER** |
| /s/ James P. C. Silvestri<br>JAMES P. C. SILVESTRI, ESQ.<br>Nevada Bar. No. 3603<br>701 Bridger Ave., Suite 600<br>Las Vegas, NV 89101<br>*Attorney for Defendants, Richard A. Coe;*<br>*Vegas Extreme Adventures, LLC; and*<br>*Monarch Sky Aviation Group LLC* | /s/ Roger C. Bailey<br>ANTHONY P. SGRO, ESQ.<br>Nevada Bar. No. 3811<br>ROGER C. BAILEY, ESQ.<br>Nevada Bar. No. 12552<br>720 S. 7th Street, #300<br>Las Vegas NV 89101<br>*Attorneys for Plaintiff,*<br>*Jennifer Leah Peterson* |

**WORTHE HANSON & WORTHE**

/s/ John R. Hanson
JOHN R. HANSON, ESQ.
1851 East First Street, Ninth Floor
Santa Ana, CA 92705
*Attorneys for Defendant,*
*Estate of Benjamin Soyars III*

## **ORDER**

Based on the parties' stipulation **[ECF No. 35]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 11, 2019